U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 09 - 2026
John M. Domurad, Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**PAULA STITT,**

**Defendant**

Case No. 1:26-MJ-239 (PJE)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 6/25/2024 & 11/5/2024 in the county of Albany in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 611 | Voting by Aliens |

This criminal complaint is based on these facts:
Click here to enter text.

☒ Continued on the attached sheet.

*Complainant's signature*
HSI S/A Sean Thalheimer
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: **October 9, 2026**

*Judge's signature*

City and State: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Sean Thalheimer, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, and charges as follows:

## COUNT ONE
**[Voting by Alien]**

1. On or about June 25, 2024, in Albany County in the Northern District of New York, the defendant, PAULA STITT, an alien, knowing she was not a United States citizen, knowingly voted in a primary election held in part for the purpose of electing a candidate for a Member of the House of Representatives, in violation of 18 U.S.C. § 611.

## COUNT TWO
**[Voting by Alien]**

2. On or about November 5, 2024, in Albany County in the Northern District of New York, the defendant, PAULA STITT, an alien, knowing she was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the Senate, and Member of the House of Representatives, in violation of 18 U.S.C. § 611.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I have been a Special Agent with Homeland Security Investigations (HSI) since August 2020. I am assigned to the Assistant Special Agent in Charge (ASAC) Albany, New York field office. Prior to my employment as a Special Agent, I served as Intelligence Research Specialist for HSI ASAC Albany from December 2019 to August 2020.

4. As a Special Agent with HSI, I have gained extensive experience enforcing immigration laws and determining citizenship, including by reviewing immigration records. I have also reviewed voter records, including voter applications, and interviewed registered voters who are not United States citizens.

5. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers and witness; review of immigration and voter records; and my training and experience.

6. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where dates are set forth herein, they are approximate, unless stated otherwise.

## PROBABLE CAUSE

7. A review of immigration and public records reveals that STITT is a citizen of Canada. She is not and has never been a United States citizen. For more than three decades,

STITT has been a Lawful Permanent Resident (LPR) of the United States. For approximately 31 years, STITT has lived in Albany, New York.

8. Records obtained from the Albany County Board of Elections (the "Albany County BOE") reveal that (i) the federal primary election held on June 25, 2024, included a candidate for the United States House of Representatives, and (ii) the general election held on November 5, 2024, included candidates for President, Vice President, the United States Senate, and the United States House of Representatives.

9. Records obtained from the Albany County BOE reveal that STITT voted in, among other elections, the federal primary held on June 25, 2024, and the general election held on November 5, 2024.

10. On August 6, 2026, STITT returned from Canada after attending a family reunion and was encountered at the Peace Bridge Port of Entry in Buffalo, New York. STITT was interviewed by HSI and United States Customs and Border Protection regarding her voting history after she became an LPR. During the interview, STITT said, among other things, that:

a. she remembers registering to vote, but did not remember where she registered to vote;

b. she remembers asking an unidentified immigration official whether she was permitted to vote, to which the immigration official responded, "not until you get your permanent residency card";

c. she never thought about her conversation with the unidentified immigration official after the conversation;

d. the first election she voted in was after she obtained her permanent residency card and voter registration card;

e. she has voted in local, state and federal elections, including the most recent presidential election;

f. she was issued a voter registration card, which she showed to agents during the interview;

g. she has voted in every federal election since becoming an LPR;

h. she has voted in person for all but one election when it was her birthday and she dropped the ballot off on Russell Road in Albany; and

i. she voted at the VFW approximately two miles from her home and signed the electronic book when voting.

**CONCLUSION**

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that PAULA STITT, an alien, knowingly voted in federal elections, in violation of 18 U.S.C. § 611.

Attested to by the affiant.

Respectfully submitted,

Sean Thalheimer
Special Agent
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by TEAMS on October 9th, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge